1 **GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
2 MARIE A. MCCRARY (State Bar No. 262670)
HAYLEY REYNOLDS (State Bar No. 306427)
3 100 Pine Street, Suite 1250
4 San Francisco, CA 94111
Telephone: (415) 336-6545
5 Facsimile:  (415) 449-6469

6 Attorneys for Plaintiff

7                         UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| SHERRIS MINOR as an individual, on behalf of herself, the general public and those similarly situated, | CASE NO. 3:20-cv-02437-EMC |
| Plaintiff, | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| FUEL FOR FIRE, INC., | |
| Defendant. | |

1

**STIPULATION**

2  The parties, Plaintiff Sherris Minor ("Plaintiff") and Defendant Fuel For Fire, Inc.

3 ("FFF"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure

4 41(a)(1)(A)(ii). Plaintiff and FFF (collectively the "Parties") stipulate that all of Plaintiff's

5 individual claims brought in this litigation are fully resolved and hereby dismissed with

6 prejudice. The Parties further stipulate that all putative class member claims are dismissed

7 without prejudice. Each party shall bear its own attorneys' fees and costs.

8 Dated:  October 8, 2020

/     /s/Seth Safier/s/
Seth A. Safier
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 639-9090
Facsimile:    (415) 449-6469

*Attorneys for* Plaintiff Sherris Minor


/     /s/John J. Atallah/s/
Erik K. Swanholt
John J. Atallah
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for* Defendant Fuel For Fire, Inc.

## **ATTESTATION**

In accordance with Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: October 8, 2020

                                      */s/Seth Safier/s/*
                                      Seth Safier
                                        **GUTRIDE SAFIER LLP**

1                                              **[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiff Sherris Minor's claims, causes of action, and parties and WITHOUT PREJUDICE as to all putative class member claims, with each party bearing its own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: October 15, 2020

*[signature]*

Hon. Edward M. Chen
United States District Judge